# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-01559-TAB |
| | § | |
| Richard J Munson | § | |
| Lida Downey | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/10/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/11/2012         By:  /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-01559-TAB |
| | § | |
| Richard J Munson | § | |
| Lida Downey | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $43,586.33
*and approved disbursements of* $5,055.36
*leaving a balance on hand of*[1]: $38,530.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 7 | REAL TIME RESOLUTIONS, INC | $197,386.69 | $197,386.69 | $0.00 | $0.00 |
| 20 | DEPARTMENT OF THE TREASURY | $5,755.07 | $5,755.07 | $0.00 | $0.00 |
| 23 | THE BANK OF NEW YORK MELLON FKA THE BANK | $132,758.03 | $132,758.03 | $0.00 | $0.00 |
| 24 | THE BANK OF NEW YORK MELLON FKA THE BANK | $1,147,169.64 | $1,147,169.64 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $38,530.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $5,108.63 | $0.00 | $5,108.63 |
| David P. Leibowitz, Trustee Expenses | $1.65 | $0.00 | $1.65 |
| Lakelaw, Attorney for Trustee Fees | $1,842.50 | $0.00 | $1,842.50 |
| Lakelaw, Attorney for Trustee Expenses | $37.21 | $0.00 | $37.21 |

Total to be paid for chapter 7 administrative expenses:     $6,989.99
Remaining balance:     $31,540.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other: LARRY J. WOLFE, LTD, Other Prior Chapter Administrative Expenses | $1,921.25 | $0.00 | $1,921.25 |
| Other: MICHAEL G CLEVELAND ESQ, Other Prior Chapter Administrative Expenses | $1,175.00 | $0.00 | $1,175.00 |

Total to be paid to prior chapter administrative expenses:     $3,096.25
Remaining balance:     $28,444.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $113,821.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 20A | DEPARTMENT OF THE TREASURY | $113,821.39 | $0.00 | $28,444.73 |

Total to be paid to priority claims:     $28,444.73
Remaining balance:     $0.00

**UST-Form 101-7-NFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $166,218.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $2,082.66 | $0.00 | $0.00 |
| 2 | NORDSTROM FSB | $5,072.01 | $0.00 | $0.00 |
| 3 | CONSUMERS COOPERATIVE CREDIT UNION | $9,353.37 | $0.00 | $0.00 |
| 4 | DEPARTMENT STORES NATIONAL BANK/MACY'S | $5,312.95 | $0.00 | $0.00 |
| 5 | DEPARTMENT STORES NATIONAL BANK/BLOOMINGDALES | $1,081.96 | $0.00 | $0.00 |
| 6 | DEPARTMENT STORES NATIONAL BANK/MACYS | $3,143.66 | $0.00 | $0.00 |
| 8 | American Express Centurion Bank | $3,943.74 | $0.00 | $0.00 |
| 9 | BENEFICIAL | $8,254.40 | $0.00 | $0.00 |
| 10 | US DEPARTMENT OF EDUCATION | $3,457.41 | $0.00 | $0.00 |
| 11 | DAVID OGDEN ARCHITECTS | $6,443.76 | $0.00 | $0.00 |
| 12 | CHASE BANK USA NA | $5,361.20 | $0.00 | $0.00 |
| 13 | CHASE BANK USA  NA | $16,293.33 | $0.00 | $0.00 |
| 14 | CHASE BANK USA  NA | $5,018.04 | $0.00 | $0.00 |
| 15 | ROUNDUP FUNDING LLC | $9,852.50 | $0.00 | $0.00 |
| 16 | PETER RASTRELLI. ED.D | $1,900.00 | $0.00 | $0.00 |
| 17 | AMERICAN EXPRESS CENTURION BANK | $175.00 | $0.00 | $0.00 |
| 18 | AMERICAN EXPRESS CENTURION BANK | $8,723.78 | $0.00 | $0.00 |
| 19 | AMERICAN EXPRESS CENTURION BANK | $506.90 | $0.00 | $0.00 |
| 20B | DEPARTMENT OF THE | $33,321.31 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

|    |                                              |             |       |       |
|----|----------------------------------------------|-------------|-------|-------|
|    | TREASURY                                     |             |       |       |
| 21 | GOMBERG SHARFMAN GOLD & OSTLER PC            | $6,006.50   | $0.00 | $0.00 |
| 22 | CITY OF CHICAGO                              | $512.00     | $0.00 | $0.00 |
| 25 | NORTHWESTERN UNIVERSITY                      | $11,615.09  | $0.00 | $0.00 |
| 26 | FOLEY & LARDNER LLP                          | $16,581.02  | $0.00 | $0.00 |
| 27 | American InfoSource LP as agent for Citibank N.A. | $2,206.18 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:   $0.00
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00

Prepared By:   /s/ David P. Leibowitz
Trustee

**UST-Form 101-7-NFR (5/1/2011)**

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 10-01559-TAB
Richard J. Munson                                                       Chapter 7
Lida Downey
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cgreen                 Page 1 of 3                  Date Rcvd: Jun 12, 2012
                              Form ID: pdf006              Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2012.
db/jdb         +Richard J. Munson,    Lida Downey,    2648 North Burling Street,    Chicago, IL 60614-1514
aty            +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
14968249       +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
15074449        American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15228788        American Express Centurion Bank,    c/o Becket and LLP,    attorneys/agent for creditor,    POB 3001,
                 Malvern, PA 19355-0701
15221540        American Express Centurion Bank,    c/o Becket and Lee LLP,    Attorneys/Agent for Creditor,
                 POB 3001,    Malvern, PA 19355-0701
14968250       +Athletico Ltd.,    Attn: Collections,    625 Enterprise Drive,    Oak Brook, IL 60523-8813
14968251       +Bank Of America Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
15074489       +Beneficial,    P O Box 10490,    Virginia Beach, VA 23450-0490
14968252       +Beneficial Customer Services,    P.O. Box 3425,    Buffalo, NY 14240-3425
14968253       +Bloomingdale’s,    Attn: Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
14968254        Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15161165        Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14968255       +Citicorp Credit Services,    P.O. Box 653095,    Dallas, TX 75265-3095
15400949       +City of Chicago,    Department of Revenue-Bankruptcy Unit,    121 N. Lasalle Street-Room 107A,
                 Chicago, Illinois 60602-1232
14968256        City of Chicago,    Bureau of Parking,    P.O. Box 88292,    Chicago, IL 60680-1292
15045980       +DEPARTMENT STORES NATIONAL BANK/BLOOMINGDALES,    NCO FINANCIAL SYSTEMS, INC.,    PO BOX 4275,
                 NORCROSS, GA 30091-4275
15045979       +DEPARTMENT STORES NATIONAL BANK/MACY’S,    NCO FINANCIAL SYSTEMS, INC.,    PO BOX 4275,
                 NORCROSS, GA 30091-4275
14968258       +David Raino Ogden Architects,    737 West Wrightwood Avenue,    Chicago, IL 60614-2539
14968260       +Firstsource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
15980236       +Foley & Lardner LLP,    Geoffrey S. Goodman, Esq.,    321 North Clark Street,    Suite 2800,
                 Chicago, IL 60654-5313
15272127        Foley & Lardner LLP,    777 East Wisconsin Ave,    Milwaukee, WI 53202-5306
15272128       +Gomberg Sharfman Gold & Ostler PC,    Attn: Raymond J Ostler,    208 South LaSalle St,    Suite 1410,
                 Chicago, IL 60604-1071
16997128       +Gregory K. Stern, P.C.,    53 West Jackson, Suite 1442,    Chicago, Illinois 60604-3536
14968262        Illinois Collection Service, Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
16698208        Kenneth & Fabiana Muench,    Chicago, IL
14968264       +Lakeshore Athletic Club,    1320 West Fullerton,    Chicago, IL 60614-2129
16997182       +Larry J. Wolfe, Ltd.,    9933 Lawyler Avenue, Suite 208,    Skokie, Illinois 60077-3757
14968265       +Lee Mandel & Associates,    415 West Jackson Avenue,    Naperville, IL 60540-5205
14968266        Loyola University Physician Foundat,    21601 South First Avenue,    Maywood, IL 60153
14968267       +Macy’s,    Attn: Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
17176813       +Michael G Cleveland Esq,    Vedder Price PC,    222 North LaSalle Street Suite 2600,
                 Chicago, IL 60601-1104
14968268        National City,    P.O. Box 5570,    Cleveland, OH 44101-0570
14968269       +Nationwide Credit, Inc.,    4700 Vestal Pkwy E,    Vestal, NY 13850-4750
14968271        Northwestern University,    P.O. Box 970004,    Boston, MA 02297-0004
14968272       +Peter Rastrelli, Ed.D,    5225 Old Orchard,    Suite 26 A,    Skokie, IL 60077-1027
15604614       +The Bank Of New York Mellon FKA The Bank,    Of New York etal c/o BAC Home Loans,
                 Servicing LP Mail Stop TX2-982-03-03,    7105 Corporate Drive,    Plano, TX 75024-4100
14968275       +The Latin School of Chicago,    28141 Network Place,    Chicago, IL 60673-1281
14968276       #+Transworld Systems Inc.,    P.O. Box 12103,    Trenton, NJ 08650-2103
14968278        U.S. Department of Education,    Direct Loan Program,    P.O. Box 5609,    Greenville, TX 75403-5609
15113421        US Department of Education,    Direct Loan Svcg,    PO Box 5609,    Greenville,TX75403-5609
15272129        Victoria Granite Works,    5045 West Ogden Avenue,    Cicero, IL 60804-3536
14968279       +Walgreens - Optioncare,    16680 Collections Center Drive,    Chicago, IL 60693-0166
14968280       +Woman’s Athletic Club of Chicago,    39834 Treasury Center,    Chicago, IL 60694-9800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17542527        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2012 02:36:09
                 American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
                 Oklahoma City, OK   73124-8840
16725146        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2012 02:36:09
                 American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
                 Oklahoma City, OK   73124-8840
15040546       +E-mail/Text: adjustments@myconsumers.org Jun 13 2012 01:05:46
                 Consumers Cooperative Credit Union,    2750 Washington Street,    Waukegan, IL 60085-4900
14968257       +E-mail/Text: adjustments@myconsumers.org Jun 13 2012 01:05:46
                 Consumers Cooperative Credit Union,    P.O. Box 9119,    Waukegan, IL 60079-9119
14988991        E-mail/PDF: mrdiscen@discoverfinancial.com Jun 13 2012 02:48:42      DISCOVER BANK,
                 DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
14968259        E-mail/PDF: mrdiscen@discoverfinancial.com Jun 13 2012 02:48:42      Discover Card,
                 P.O. Box 30943,    Salt Lake City, UT 84130
14968263        E-mail/Text: cio.bncmail@irs.gov Jun 13 2012 00:50:31      Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114
16698207        E-mail/Text: cio.bncmail@irs.gov Jun 13 2012 00:50:31      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
```

```
District/off: 0752-1          User: cgreen              Page 2 of 3          Date Rcvd: Jun 12, 2012
                              Form ID: pdf006           Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15003618      +E-mail/Text: bnc@nordstrom.com Jun 13 2012 00:53:19     NORDSTROM fsb,    POB 6566,
               ENGLEWOOD CO 80155-6566
14968270      +E-mail/Text: bnc@nordstrom.com Jun 13 2012 00:53:19     Nordstrom FSB,    P.O. Box 6555,
               Englewood, CO 80155-6555
14968273       E-mail/Text: bkdepartment@rtresolutions.com Jun 13 2012 01:08:08     Real Time Resolutions, Inc.,
               1750 Regal Row Drive, Suite 120,    Dallas, TX 75235
15051137       E-mail/Text: bkdepartment@rtresolutions.com Jun 13 2012 01:08:08     Real Time Resolutions, Inc.,
               Agent for Countrywide,    1750 Regal Row Suite 120,    Dallas, Texas 75235
16269060       E-mail/Text: resurgentbknotifications@resurgent.com Jun 13 2012 00:52:21     Roundup Funding, LLC,
               MS 550,   PO Box 91121,    Seattle, WA 98111-9221
14968274       E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2012 02:49:27     The Home Depot,    P.O. Box 103047,
               Roswell, GA 30076
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15228787*      American Express Centurion Bank,    c/o Becket and Lee LLP,    attorneys/agent for creditor,
               POB 3001,   Malvern, PA 19355-0701
16754526*     +BENEFICIAL,    P.O. BOX 10490,   VIRGINIA BEACH, VA 23450-0490
16997156*     +Gregory K. Stern, P.C.,    53 West Jackson, Suite 1442,    Chicago, Illinois 60604-3536
14968261     ##+Fisher & Shapiro, LLC,    4201 Lake Cook Road,    First Floor,   Northbrook, IL 60062-1060
14968277     ##+Trunkett & Trunkett, P.C.,    20 North Wacker Drive, Suite 1449,    Chicago, IL 60606-2906
                                                                                       TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2012**                       **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: cgreen              Page 3 of 3                  Date Rcvd: Jun 12, 2012
                              Form ID: pdf006           Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2012 at the address(es) listed below:

```
              Christina M Riepel    on behalf of Debtor Richard Munson gstern2@flash.net
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Gregory K Stern    on behalf of Debtor Richard Munson gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              James  Hausler    on behalf of Debtor Richard Munson james.e.hausler@gmail.com
              Kerry S Trunkett    on behalf of Plaintiff  Consumers Coopeartive Credit Union
               kerry@trunkettlawpc.com,
               mkeenan@trunkettlawpc.com;kklonowski@trunkettlawpc.com;lpino@trunkettlawpc.com
              Monica C O'Brien    on behalf of Debtor Richard Munson gstern1@flash.net
              Monica C. O'Brien    on behalf of Debtor Richard Munson gstern3@flash.net
              Monica J Paine    on behalf of Creditor   The Bank Of New York Mellon FKA The Bank Of New York, As
               Trustee mpaine@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen G Wolfe    on behalf of U.S. Trustee Patrick Layng steve.g.wolfe@usdoj.gov,
               jennifer.r.toth@usdoj.gov
                                                                                             TOTAL: 10
```