**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-01559-TAB |
| | § | |
| Richard J Munson | § | |
| Lida Downey | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,422,762.48 | Assets Exempt: | $46,300.00 |
| Total Distributions to Claimants: | $29,619.73 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $13,966.60 | | |

3)        Total gross receipts of $43,586.33  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $43,586.33 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,883,935.83 | $1,483,069.43 | $1,483,069.43 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $7,476.59 | $7,476.59 | $7,476.59 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $6,490.01 | $6,490.01 | $6,490.01 |
| Priority Unsecured Claims (From **Exhibit 6**) | $147,301.44 | $113,821.39 | $113,821.39 | $29,619.73 |
| General Unsecured Claims (from **Exhibit 7**) | $154,632.40 | $177,548.17 | $167,393.77 | $0.00 |
| **Total Disbursements** | $2,185,869.67 | $1,788,405.59 | $1,778,251.19 | $43,586.33 |

4).  This case was originally filed under chapter 11 on 01/16/2010. The case was converted to one under Chapter 7 on 11/30/2010. The case was pending for 21 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>08/14/2012</u>                    By:    /s/ David P. Leibowitz
                                                                 Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2002 Jeep Wrangler | 1129-000 | $500.00 |
| 2005 Land Rover | 1129-000 | $15,000.00 |
| Funds Turned over to chapter 7 trustee/Harris Bank Savings Account ending on 2259 | 1129-000 | $26,580.65 |
| Fur, Diamond Ring, Necklace & Misc. Jewelry | 1129-000 | $1,500.00 |
| Interest Earned | 1270-000 | $5.68 |
| **TOTAL GROSS RECEIPTS** | | $43,586.33 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | REAL TIME RESOLUTIONS, INC | 4110-000 | NA | $197,386.69 | $197,386.69 | $0.00 |
| 20 | DEPARTMENT OF THE TREASURY | 4210-000 | NA | $5,755.07 | $5,755.07 | $0.00 |
| 23 | THE BANK OF NEW YORK MELLON FKA THE BANK | 4210-000 | NA | $132,758.03 | $132,758.03 | $0.00 |
| 24 | THE BANK OF NEW YORK MELLON FKA THE BANK | 4210-000 | NA | $1,147,169.64 | $1,147,169.64 | $0.00 |
| | Bank Of America Home Loans | 4110-000 | $1,142,670.01 | NA | $0.00 | $0.00 |
| | Bank Of America Home Loans | 4110-000 | $191,265.82 | NA | $0.00 | $0.00 |
| | National City | 4110-000 | $550,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,883,935.83 | $1,483,069.43 | $1,483,069.43 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, | 2100-000 | NA | $5,108.63 | $5,108.63 | $5,108.63 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1.65 | $1.65 | $1.65 |
| International Sureties, Ltd | 2300-000 | NA | $51.46 | $51.46 | $51.46 |
| Green Bank | 2600-000 | NA | $435.14 | $435.14 | $435.14 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,842.50 | $1,842.50 | $1,842.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $37.21 | $37.21 | $37.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,476.59 | $7,476.59 | $7,476.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregory K. Stern,P.C., Other Prior Chapter Administrative | 6990-000 | NA | $4,568.76 | $4,568.76 | $4,568.76 |
| LARRY J. WOLFE, LTD, Other Prior Chapter Administrative | 6990-000 | NA | $1,921.25 | $1,921.25 | $1,921.25 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $6,490.01 | $6,490.01 | $6,490.01 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20A | DEPARTMENT OF THE TREASURY | 5800-000 | $147,301.44 | $113,821.39 | $113,821.39 | $29,619.73 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $147,301.44 | $113,821.39 | $113,821.39 | $29,619.73 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | $2,054.61 | $2,082.66 | $2,082.66 | $0.00 |
| 2 | NORDSTROM FSB | 7100-000 | $5,072.01 | $5,072.01 | $5,072.01 | $0.00 |
| 3 | CONSUMERS COOPERATIVE | 7100-000 | $9,853.65 | $9,353.37 | $9,353.37 | $0.00 |

| | CREDIT UNION | | | | | |
|---|---|---|---|---|---|---|
| 4 | DEPARTMENT STORES NATIONAL BANK/MACY'S | 7100-000 | $5,145.48 | $5,312.95 | $5,312.95 | $0.00 |
| 5 | DEPARTMENT STORES NATIONAL BANK/BLOOMI NGDALES | 7100-000 | $1,019.33 | $1,081.96 | $1,081.96 | $0.00 |
| 6 | DEPARTMENT STORES NATIONAL BANK/MACYS | 7100-000 | $3,034.33 | $3,143.66 | $3,143.66 | $0.00 |
| 8 | American Express Centurion Bank | 7100-000 | $3,943.74 | $3,943.74 | $3,943.74 | $0.00 |
| 9 | BENEFICIAL | 7100-000 | $8,022.11 | $8,254.40 | $8,254.40 | $0.00 |
| 10 | US DEPARTMENT OF EDUCATION | 7100-000 | $3,506.84 | $3,457.41 | $3,457.41 | $0.00 |
| 11 | DAVID OGDEN ARCHITECTS | 7100-000 | $6,443.76 | $6,443.76 | $6,443.76 | $0.00 |
| 12 | CHASE BANK USA NA | 7100-000 | $5,000.00 | $5,361.20 | $5,361.20 | $0.00 |
| 13 | CHASE BANK USA NA | 7100-000 | $15,000.00 | $16,293.33 | $16,293.33 | $0.00 |
| 14 | CHASE BANK USA NA | 7100-000 | $4,500.00 | $5,018.04 | $5,018.04 | $0.00 |
| 15 | ROUNDUP FUNDING LLC | 7100-000 | NA | $9,852.50 | $9,852.50 | $0.00 |
| 16 | PETER RASTRELLI. ED.D | 7100-000 | $1,900.00 | $1,900.00 | $1,900.00 | $0.00 |
| 17 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | $175.00 | $175.00 | $0.00 |
| 18 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | $8,723.78 | $8,723.78 | $8,723.78 | $0.00 |
| 19 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | $471.90 | $506.90 | $506.90 | $0.00 |
| 20B | DEPARTMENT OF THE TREASURY | 7100-000 | NA | $33,321.31 | $33,321.31 | $0.00 |
| 21 | GOMBERG SHARFMAN GOLD & | 7100-000 | NA | $6,006.50 | $6,006.50 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | OSTLER PC | | | | | |
| 22 | CITY OF CHICAGO | 7100-000 | $418.40 | $512.00 | $512.00 | $0.00 |
| 25 | NORTHWESTERN UNIVERSITY | 7100-000 | $11,565.00 | $11,615.09 | $11,615.09 | $0.00 |
| 26 | FOLEY & LARDNER LLP | 7100-000 | NA | $16,581.02 | $16,581.02 | $0.00 |
| 27 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | NA | $2,206.18 | $2,206.18 | $0.00 |
| 28 | BENEFICIAL | 7100-000 | NA | $8,254.40 | $0.00 | $0.00 |
| 29 | PETER RASTRELLI, ED.D | 7100-000 | NA | $1,900.00 | $0.00 | $0.00 |
| 32 | MICHAEL G CLEVELAND ESQ c/o Woman's Athletic Club of Chicago | 7100-000 | $1,175.00 | $1,175.00 | $1,175.00 | $0.00 |
| | Athletico Ltd. | 7100-000 | $286.49 | NA | NA | $0.00 |
| | Chase | 7100-000 | $9,574.48 | NA | NA | $0.00 |
| | Lakeshore Athletic Club | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Lee Mandel & Associates | 7100-000 | $375.00 | NA | NA | $0.00 |
| | Loyola University Physician Foundat | 7100-000 | $185.40 | NA | NA | $0.00 |
| | The Home Depot | 7100-000 | $2,114.35 | NA | NA | $0.00 |
| | The Latin School of Chicago | 7100-000 | $45,150.35 | NA | NA | $0.00 |
| | Walgreens - Optioncare | 7100-000 | $96.39 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $154,632.40 | $177,548.17 | $167,393.77 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-01559-TAB | | | Trustee Name: | | David Leibowitz |
|---|---|---|---|---|---|---|
| Case Name: | MUNSON, RICHARD J AND DOWNEY, LIDA | | | Date Filed (f) or Converted (c): | | 11/30/2010 (c) |
| For the Period Ending: | 8/14/2012 | | | §341(a) Meeting Date: | | 01/19/2011 |
| | | | | Claims Bar Date: | | 04/22/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Funds Turned over to chapter 7 trustee/Harris Bank Savings Account ending on 2259 | $26,580.65 | $26,580.65 | DA | $26,580.65 | FA |
| 2 | Checking Account #2259, Harris Bank N.A. | $2,127.97 | $2,127.97 | DA | $0.00 | FA |
| 3 | Checking Account, National City Bank | $100.00 | $100.00 | DA | $0.00 | FA |
| 4 | 3 TVs, DVD, Living Room Set, Family Room Set, Piano, Dining Room Set, Kitchen Table & Chairs, Silverware, Stemware, 3 Bedroom Sets, 2 Computers, Combination Fax/Printer/Scanner, 2 Desks & Chairs, 4 Cabinets, Bookshelves, Cookware, Kitchenware, & Misc. Personal Property. | $6,225.00 | $0.00 | DA | $0.00 | FA |
| 5 | Necessary Wearing Apparel | $3,500.00 | $0.00 | DA | $0.00 | FA |
| 6 | Fur, Diamond Ring, Necklace & Misc. Jewelry | $5,375.00 | $3,600.00 | DA | $1,500.00 | FA |
| 7 | IRA, National City Bank | $50.00 | $50.00 | DA | $0.00 | FA |
| 8 | Possible claim against Lee Mandel for malpractice | Unknown | $0.00 | DA | $0.00 | FA |
| 9 | 2005 Land Rover | $17,575.00 | $15,175.00 | DA | $15,000.00 | FA |
| 10 | 2002 Jeep Wrangler | $3,000.00 | $3,100.00 | DA | $500.00 | FA |
| 11 | 2648 North Burling Street, Chicago IL - Single Family Residence | $800,000.00 | $0.00 | DA | $0.00 | FA |
| 12 | 2349 North Cambridge, Unit 1F, Chicago, IL - Condominium | $450,000.00 | $0.00 | DA | $0.00 | FA |
| 13 | 403(b) Retirement Plan Throught Northshore University Health System | $154,528.86 | $154,528.86 | DA | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | DA | $5.68 | Unknown |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| | $1,469,062.48 | $205,262.48 | | $43,586.33 | $0.00 |

**Major Activities affecting case closing:**

Foreclosure vacated.  Respa claims againts mortgage company.

TFR to be completed first quarter 2012.

TFR Filed per UST approval.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 10-01559-TAB | |
| **Case Name:** | MUNSON, RICHARD J AND DOWNEY, LIDA | |
| **For the Period Ending:** | 8/14/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 11/30/2010 (c) |
| **§341(a) Meeting Date:** | 01/19/2011 |
| **Claims Bar Date:** | 04/22/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

Distribution made per Court order.

To Prepare TDR

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 |
| **Current Projected Date Of Final Report (TFR):** | 05/31/2012 |

/s/ DAVID LEIBOWITZ
_____

DAVID LEIBOWITZ

Page No: 1

FORM 2

Case 10-01559   Doc 94   Filed 08/15/12   Entered 08/15/12 10:32:18   Desc Main

Exhibit 9

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document   Page 9 of 11

| Case No.: | 10-01559-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MUNSON, RICHARD J AND DOWNEY, LIDA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1786 | | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | ******1787 | | Account Title: | DDA |
| For Period Beginning: | 1/16/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $26,564.97 | | $26,564.97 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $8.30 | $26,556.67 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $37.32 | $26,519.35 |
| 08/11/2011 | 5001 | Gregory K. Stern, P.C. | Chapter 11 administrative claim - Per Court order entered on 02/15/2011 | 6990-000 | | $4,568.76 | $21,950.59 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $38.98 | $21,911.61 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $36.49 | $21,875.12 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $33.02 | $21,842.10 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $34.10 | $21,808.00 |
| 12/01/2011 | | Lida Downey and Richard Munson | Payment on equity of assets | * | $17,000.00 | | $38,808.00 |
| | {9} | | | $15,000.00 | 1129-000 | | $38,808.00 |
| | {6} | | | $1,500.00 | 1129-000 | | $38,808.00 |
| | {10} | | | $500.00 | 1129-000 | | $38,808.00 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $61.73 | $38,746.27 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $62.52 | $38,683.75 |
| 02/16/2012 | 5002 | International Sureties, Ltd | Bond Payment | 2300-000 | | $30.10 | $38,653.65 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $58.39 | $38,595.26 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $64.29 | $38,530.97 |
| 07/18/2012 | 5003 | Lakelaw | Final | 3120-000 | | $37.21 | $38,493.76 |
| 07/18/2012 | 5004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1.65 | $38,492.11 |
| 07/18/2012 | 5005 | Lakelaw | Final | 3110-000 | | $1,842.50 | $36,649.61 |
| 07/18/2012 | 5006 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $5,108.63 | $31,540.98 |
| 07/18/2012 | 5007 | LARRY J. WOLFE, LTD | Final | 6990-000 | | $1,921.25 | $29,619.73 |
| 07/18/2012 | 5008 | DEPARTMENT OF THE TREASURY | Final | 5800-000 | | $29,619.73 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | TOTALS: | | | $43,564.97 | $43,564.97 | $0.00 |
| | | Less: Bank transfers/CDs | | | $26,564.97 | $0.00 | |
| | | Subtotal | | | $17,000.00 | $43,564.97 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $17,000.00 | $43,564.97 | |

| For the period of 1/16/2010 to 8/14/2012 | | For the entire history of the account between 06/29/2011 to 8/14/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $17,000.00 | Total Compensable Receipts: | $17,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,000.00 | Total Comp/Non Comp Receipts: | $17,000.00 |
| Total Internal/Transfer Receipts: | $26,564.97 | Total Internal/Transfer Receipts: | $26,564.97 |
| | | | |
| Total Compensable Disbursements: | $43,564.97 | Total Compensable Disbursements: | $43,564.97 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43,564.97 | Total Comp/Non Comp Disbursements: | $43,564.97 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|
| **Case No.** | 10-01559-TAB | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MUNSON, RICHARD J AND DOWNEY, LIDA | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******1786 | **Money Market Acct #:** | ******1559 |
| **Co-Debtor Taxpayer ID #:** | ******1787 | **Account Title:** | |
| **For Period Beginning:** | 1/16/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/14/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2011 | (1) | Lida Downe Y Richard Munson | Turned over of funds from chapter 11 | 1290-010 | $26,580.65 | | $26,580.65 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.29 | | $26,580.94 |
| 02/04/2011 | 1001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $21.36 | $26,559.58 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.02 | | $26,560.60 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.13 | | $26,561.73 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.09 | | $26,562.82 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.13 | | $26,563.95 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $1.02 | | $26,564.97 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $26,564.97 | $0.00 |
| | | | **TOTALS:** | | $26,586.33 | $26,586.33 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $26,564.97 | |
| | | | **Subtotal** | | $26,586.33 | $21.36 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $26,586.33 | $21.36 | |

**For the period of 1/16/2010 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $26,586.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,586.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $21.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21.36 |
| Total Internal/Transfer Disbursements: | $26,564.97 |

**For the entire history of the account between 01/20/2011 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $26,586.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,586.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $21.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21.36 |
| Total Internal/Transfer Disbursements: | $26,564.97 |

**FORM 2**

Case 10-01559   Doc 94   Filed 08/15/12   Entered 08/15/12 10:32:18   Desc Main
Document   Page 11 of 11   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01559-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MUNSON, RICHARD J AND DOWNEY, LIDA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1786 | Money Market Acct #: | ******1559 |
| Co-Debtor Taxpayer ID #: | ******1787 | Account Title: | |
| For Period Beginning: | 1/16/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $43,586.33 | $43,586.33 | $0.00 |

**For the period of 1/16/2010 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $43,586.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $43,586.33 |
| Total Internal/Transfer Receipts: | $26,564.97 |
| | |
| Total Compensable Disbursements: | $43,586.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43,586.33 |
| Total Internal/Transfer Disbursements: | $26,564.97 |

**For the entire history of the case between 11/30/2010 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $43,586.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $43,586.33 |
| Total Internal/Transfer Receipts: | $26,564.97 |
| | |
| Total Compensable Disbursements: | $43,586.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43,586.33 |
| Total Internal/Transfer Disbursements: | $26,564.97 |